FILED
CHARLOTTE, N. C.
MAR 2 2007
U. S. DISTRICT COURT
W. DIST. OF N. C.



North Carolina Western
**MEMORANDUM**

**Date:** February 21, 2007

**To:** The Honorable Graham C. Mullen
Senior U.S. District Judge

**From:** Clifton E. Johnson, II
U.S. Probation Officer

**Subject:** Michael Christopher Dick
Docket No.: 3:02CR116
**Out of Country Travel Request**

---

The above named individual was sentenced by Your Honor on 01/22/03, to a term of 42 months imprisonment to be followed by 3 years supervised release for the offense of Conspiracy to Possess with Intent to Distribute, and Distribute, Methylenedioxymethamphetamine (MDMA/Ecstacy), in violation of 21:841(a)(1). Mr. Dick commenced his term of supervision on 06/20/05 in the Eastern District of North Carolina.

Mr. Dick recently requested permission to travel to Nassau and CocoCay, Bahamas, from 03/12/07 until 03/16/07, for work related business conference. He will be traveling with three coworkers from Newton Manufacturing. Mr. Dick is in compliance with his supervision and at this time he has satisfied all special conditions. At this time we are seeking your approval for Mr. Dick to travel out of country.

Please indicate your response below. Should you have any questions concerning this matter, please contact me at 704/350-7681.

CEJ/pb

Approved by: _____  
Keith S. Snyder, II  
Supervising U.S. Probation Officer

[✓] Court concurs with the U.S. Probation Officer's recommendation. — TRAVel OK

[ ] Denies defendant's request for travel out of country.

_____  
Signature of Judicial Officer

22 Feb 07  
Date